## SCHROEDER,
*Appellant,*

*v.*

## POAGE,
*Respondent.*

(82-1808; CA A29316)

683 P2d 1036

Earl R. Woods, Jr., Coquille, argued the cause for appellant. With him on the brief was Engelgau & Woods, Coquille.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff appeals a judgment entered in favor of defendant Poage. There is no judgment disposing of the case against the other defendants and no findings as required by ORCP 67B. Without such findings, a judgment disposing of fewer than all the claims involved in the case is not appealable. *See May v. Josephine Memorial Hospital,* 64 Or App 672, 669 P2d 824, *rev allowed* 296 Or 138 (1983); *see also Bonner v. Krause,* 69 Or App 1, 684 P2d 1 (1984).

Appeal Dismissed.